| AO 10 Rev 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Schreier, Karen E | 2. Court or Organization U.S. District Court, South Dak | 3. Date of Report 05/17/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address United States District Court 515 Ninth Street, Rm 318 Rapid City, SD 57701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |  |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member Board of Directors | YMCA of Rapid City |
| 2. Vice President | Eighth Circuit District Judges |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

RECEIVED 2009 JUL 13 A 11: 29 JUDICIAL DISCLOSURE OFFICE

Schreier, Karen E

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3 | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT #1 T Rowe Price | | | | | | | | | |
| 2 -EQUITY INCOME FUND | C | Distribution | K | T | | | | | |
| 3. -GROWTH STOCK FUND | A | Distribution | K | T | | | | | |
| 4 -NEW HORIZONS FUND | B | Distribution | K | T | | | | | |
| 5 -SCIENCE AND TECHNOLOGY FUND | | None | K | T | | | | | |
| 6 -VALUE FUND | A | Distribution | K | T | | | | | |
| 7. IRA ACCOUNT #1 UBS Financial Services | | | | | | | | | |
| 8. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 9. -UBS PACE MONEY MARKET | A | Interest | J | T | | | | | |
| 10 -AMERICAN FUNDS GROWTH FUND OF AMERICA CL F | A | Int /Div. | J | T | Buy (add'l) | 4/30 | J | | |
| 11. -EATON VANCE LARGE CAP VALUE FUND CLASS A | A | Int./Div | J | T | Buy | 4/30 | K | | |
| 12. -FIDELITY ADVISOR LEVERAGED CO STOCK FUND CL A | A | Int./Div | J | T | | | | | |
| 13. -JOHN HANCOCK CLASSIC VALUE FUND CL A | A | Int /Div. | | | Sold | 4/28 | J | | |
| 14 -OPPENHEIMER MAIN STREET SMALL CAP FUND A | | | J | T | Buy (add'l) | 4/30 | J | | |
| 15. -THORNBURG INT VALUE FUND CL A | A | Int./Div | J | T | Buy (add'l) | 4/30 | J | | |
| 16. -DELAWARE DIVERSIFIED INCOME FUND CL A | A | Int /Div. | J | T | | | | | |
| 17 -FT TEMPLETON GLOBAL BOND A | A | Int./Div | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18 | --LOOMIS SAYLES STRATEGIC INC. FUND CLASS A | A | Int./Div. | J | T | | | | | |
| 19. | NEW YORK LIFE INSURANCE CO. - ANNUITY | A | Interest | K | T | | | | | |
| 20. | NEW YORK LIFE UNIVERSAL LIFE POLICY | A | Dividend | K | T | | | | | |
| 21 | LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 22 | JEFFERSON NATIONAL UNIVERSAL LIFE INS POLICY | A | Dividend | J | T | | | | | |
| 23 | TRAVELERS LIFE & ANNUITY UNIVERSAL LIFE INS POLICY | A | Dividend | J | T | | | | | |
| 24 | COMMUNITY HEALTH LTD. (2/3 UNIT) | B | Distribution | J | W | | | | | |
| 25 | HOME FEDERAL BANK ACCOUNT | B | Interest | K | T | | | | | |
| 26 | FIRST DAKOTA TITLE INS. LTD PTR. (1 UNIT) | E | Distribution | M | T | | | | | |
| 27 | BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 28 | -TAMARACK PRIME MONEY MKT FD | A | Interest | K | T | Transferred<br>(from line 76) | 12/03 | K | | |
| 29 | -ALTRIA GROUP INC. COMMON | A | Dividend | J | T | | | | | |
| 30 | -ANHEUSER BUSCH COS INC. COMMON | A | Dividend | | | Sold | 11/18 | J | B | |
| 31. | -BP PLC SPONS ADR COMMON | A | Dividend | J | T | | | | | |
| 32 | -BURLINGTON NORTHERN-SANTA FE COMMON | A | Dividend | K | T | | | | | |
| 33 | -CISCO SYSTEMS INC. COMMON | | None | J | T | | | | | |
| 34 | -CITIGROUP INC COMMON | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C.<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35   -COCA-COLA COMPANY COMMON | A | Dividend | J | T | | | | | |
| 36   -COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 37   -EMC CORP. MASS COMMON | | None | J | T | | | | | |
| 38.   -GENERAL ELECTRIC COMPANY C OMMON | A | Dividend | J | T | | | | | |
| 39.   -HANESBRANDS INC. COMMON | | None | J | T | | | | | |
| 40   -HOME DEPOT INC. COMMON | A | Dividend | J | T | | | | | |
| 41   -INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 42.   -KOPIN CORP COMMON | | None | J | T | | | | | |
| 43   -KRAFT FOODS INC CL A | A | Dividend | J | T | | | | | |
| 44.   -MEDTRONIC INC. COMMON | A | Dividend | J | T | | | | | |
| 45.   -MERCK & CO  INC. COMMON | A | Dividend | J | T | | | | | |
| 46   -MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 47   -PEPSICO INCORPORATED COMMON | A | Dividend | J | T | | | | | |
| 48.   -PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 49.   -PHILIP MORRIS INTL INC. COMMON | B | Dividend | K | T | Spinoff (from line 28) | 3/31 | K | | |
| 50.   -PROCTOR & GAMBLE CO  COMMON | A | Dividend | J | T | | | | | |
| 51   -SARA LEE CORP  COMMON | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 -3M COMPANY COMMON | A | Dividend | J | T | | | | | |
| 53. -TIME WARNER INC. NEW COMMON | A | Dividend | J | T | | | | | |
| 54 -TYCO ELECTRONICS LTD COMMON | A | Dividend | J | T | | | | | |
| 55 -TYCO INTL LTD BERMUDA NEW COMMON | A | Dividend | J | T | | | | | |
| 56 -WALGREEN CO COMMON | A | Dividend | J | T | | | | | |
| 57 -WALT DISNEY CO (HOLDING CO) COMMON | A | Dividend | J | T | | | | | |
| 58. -ALLIANCE BERNSTEIN MID CAP GROWTH FUND CL C | B | Dividend | J | T | | | | | |
| 59. -AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | A | Dividend | K | T | Buy | 6/30 | J | | |
| 60. -DREYFUS S&P 500 INDEX FUND | A | Dividend | K | T | Buy (add'l) | 6/30 | J | | |
| 61. -ING INDEX PLUS MIDCAP FUND CL A | A | Dividend | J | T | Buy (add'l) | 6/30 | J | | |
| 62. -ING INDEX PLUS SMALLCAP FUND CL A | A | Dividend | J | T | Buy (add'l) | 6/30 | J | | |
| 63. -PIMCO FDS HI YLD CL C | A | Dividend | J | T | | | | | |
| 64 -RYDEX SER FDS JUNO FD CL C | | None | J | T | | | | | |
| 65. -PHOENIX GO AZ BOND | | None | J | T | | | | | |
| 66 -CA HLTH FAC. REV BOND | | None | J | T | | | | | |
| 67 -WA ST. COLL SVGS BDS. 93 WA | | None | J | T | | | | | |
| 68. -SO DAK ST. BLD ATH LES. REV. AM BAC BOND | | None | J | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69    -MARICOPA CO  IDA SFM ETM AZ BOND | | None | J | T | | | | | |
| 70.   -DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 71.   -EAST SIDE UHSD CALIF  BOND | | None | J | T | | | | | |
| 72.   -YUBA CITY CAL  UNI. SCHOOL DIST. BOND | | None | J | T | | | | | |
| 73    -ALLIANCE BERNSTEIN GLOBAL BOND FUND INC. CL C | | None | | | Sold | 6/30 | J | A | |
| 74.   -NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | | None | J | T | Buy (add'l) | 6/30 | J | | |
| 75    -THORNBURG LTD TERM MUNICIPAL FUND CL A | | None | J | T | Sold (part) | 6/30 | J | A | |
| 76.   -UBS ACCOUNT money market acct | A | Interest | | | Transferred (to line 28) | 12/03 | K | | |
| 77    -LINCOLN NATL LIFE AMER. ANNUITY | A | Interest | J | T | | | | | |
| 78    IRA ACCOUNT #2 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 79    -TAMARACK PRIME MONEY MKT FD | A | Interest | J | T | Transferred (from line 93) | 12/08 | J | | |
| 80    -EATON VANCE LARGE CAP VALUE FUND CL A | A | Dividend | J | T | Buy | 6/30 | J | | |
| 81.   -AMERICAN FUNDS GROWTH FUND CLASS F | A | Dividend | J | T | Buy (add'l) | 6/30 | J | | |
| 82.   -AMERICAN FUNDS EURO PACIFIC GROWTH FUND CL A | A | Dividend | J | T | Buy (add'l) | 6/30 | J | | |
| 83.   -JOHN HANCOCK CLASSIC VALUE FUND CL A | A | Dividend | | | Sold | 6/30 | J | | |
| 84    -OPPENHEIMER MAIN STREET SMALL CAP FUND A | A | Dividend | J | T | Buy (add'l) | 6/30 | J | | |
| 85    -R S VALUE FUND CL A | A | Dividend | J | T | Sold (part) | 6/30 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -DELAWARE DIVERSIFIED INCOME FUND CL A | A | Dividend | J | T | Sold (part) | 6/30 | J | | |
| 87 -FT TEMPLETON GLOBAL BOND A | A | Interest | J | T | Sold (part) | 6/30 | J | | |
| 88. -LOOMIS SAYLES STRATEGIC INCOME FUND CL A | A | Dividend | J | T | Sold (part) | 6/30 | J | | |
| 89 -FICO STRIPS SERIES E BOND | | None | J | T | | | | | |
| 90 -US TREAS. SEC. STRPD BOND | | None | K | T | | | | | |
| 91. -FHR 21 21-Z f/k/a FEDL. HOME LOAN MTG CORP BOND | A | Interest | J | T | | | | | |
| 92. -UBS ACCOUNT | A | Interest | J | T | Transferred (to line 79) | 12/08 | J | | |
| 93. -UBS PACE MONEY MARKET INVESTMENT FUND CLASS P | A | Interest | J | T | Transferred (to line 79) | 12/08 | J | | |
| 94 BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 95. -GALENA PARK IND BOND | | None | K | T | | | | | |
| 96 -CLACKMUS & WASHINGTON SERV A BOND | | None | K | T | | | | | |
| 97 -SOUTHERN MN MUN PWR AGY SUPPLY BOND | | None | K | T | | | | | |
| 98 -UBS DEPOSIT ACCOUNT | A | Int./Div. | J | T | | | | | |
| 99. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | K | T | | | | | |
| 100. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | J | T | | | | | |
| 101 DOUGHERTY & DOUGHERTY LLP | D | Interest | M | W | | | | | |
| 102 DISCOVER BANK ACCOUNT | B | Interest | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103 BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 104. -C H ROBINSON WORLDWIDE INC C OMMON | A | Dividend | J | T | | | | | |
| 105. -MDRNA INC f/k/a NASTECH PHARM ACEUTICAL CO INC COMMON | | None | J | T | | | | | |
| 106 -SPECTRASCIENCE COMMON | | None | J | T | | | | | |
| 107 -US BANCORP DEL COMMON | A | Dividend | J | T | | | | | |
| 108. -TUSCARAWAS CNTY OHIO HOSP REV BOND | A | Interest | J | T | Buy | 5-20 | J | | |
| 109 -MERRILL LYNCH 7 CO INC COPORA TE BOND | A | Interest | K | T | Buy | 6-02 | K | | |
| 110. -JPMORGAN CHASE BK NEW YORK, N Y CD | A | Interest | K | T | Buy | 5-20 | K | | |
| 111. - | | | | | Buy (add'l) | 7-01 | J | | |
| 112. DOUGHERTY & COMPANY LLC MM ACCOUNT | A | Interest | J | T | | | | | |
| 113. | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/17/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544